## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RYAN KNUTSON,** | ) | **CASE NO. 8:12CV43** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FIDELITY NATIONAL FINANCIAL, INC., SHORT TERM DISABILITY INCOME COVERAGE, LONG TERM DISABILITY INSURANCE COVERAGE, and AETNA LIFE INSURANCE COMPANY,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal (Filing No. 19). Under Federal Rule of Civil Procedure 41(a), the Court finds the notice should be approved, and the action should be dismissed, without prejudice, as against Defendants Fidelity National Financial, Inc., Short Term Disability Income Coverage, and Long Term Disability Income Coverage. Accordingly,

IT IS ORDERED:

1. Plaintiff's Notice of Voluntary Dismissal (Filing No. 19) is approved; and

2. Plaintiff's claims against the following Defendants are dismissed, without prejudice, and the Clerk is instructed to remove their names from the case caption:

   a. Fidelity National Financial, Inc.;
   
   b. Short Term Disability Income Coverage; and
   
   c. Long Term Disability Income Coverage.

DATED this 2nd day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge