IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN KNUTSON,<br><br>           Plaintiff,<br><br>  vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>           Defendant. | CASE NO. 8:12CV43<br><br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice (Filing No. 30). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes it should be approved. Each party will pay its/his own costs and attorneys' fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal With Prejudice (Filing No. 30) is approved;

2. All remaining claims that were brought or could have been brought against the Defendant are dismissed with prejudice; and

3. Each party will bear its/his own costs and attorneys' fees.

Dated this 10th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge